UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TRACY SHARPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-669-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 12, 2012, that Defendant's motion to remand is granted and the Commissioner's decision is reversed.  This matter is remanded to the Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3) for further administrative proceedings.

<u>**This Judgment Filed and Entered on July 12, 2012, and Copies To:**</u>

Kimberly Dianne Blackwell (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)


July 12, 2012                          JULIE A. RICHARDS , CLERK
                                        /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk